

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kay Talley and Ed Talley,                    \* From the 35th District Court
of Brown County,
Trial Court No. CV1809404

Vs. No. 11-22-00104-CV                   \* December 14, 2023

Rocky Creek Cemetery Association,       \* Memorandum Opinion by Williams, J.
its general manager, Lewis Lehman,         (Panel consists of: Bailey, C.J.,
The Rocky Creek Perpetual Care Cemetery    Trotter, J., and Williams, J.)
Association, and Jose Luis Estrada,

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Kay Talley and Ed Talley.